No. 449. STACHER v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Jack Wasserman* and *David Carliner* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States.

No. 450. WOLFSEN ET AL. v. UNITED STATES. Court of Claims. Certiorari denied. *Edward G. Chandler, Francis M. Shea, Lawrence J. Latto* and *Richard T. Conway* for petitioners. *Solicitor General Rankin, Assistant Attorney General Morton, Roger P. Marquis* and *A. Donald Mileur* for the United States.

No. 452. 222 EAST CHESTNUT STREET CORP. v. LAKEFRONT REALTY CORP. ET AL. C. A. 7th Cir. Certiorari denied. *Joseph F. Elward* for petitioner. *John S. Miller* and *Howard B. Bryant* for the Lakefront Realty Corporation et al., *Alban Weber* for the Northwestern University, and *John C. Melaniphy* and *Sydney R. Drebin* for the City of Chicago et al., respondents.

No. 459. MILLER ET AL. v. DEPARTMENT OF ALCOHOLIC BEVERAGE CONTROL, ALCOHOLIC CONTROL APPEALS BOARD. District Court of Appeal of California, Second Appellate District. Certiorari denied.

No. 473. AKERS ET AL., DOING BUSINESS AS AKERS CLEANERS, v. HANDLEY, GOVERNOR OF INDIANA, ET AL. Supreme Court of Indiana. Certiorari denied. *Gustav H. Dongus* for petitioners. *Edwin K. Steers*, Attorney General of Indiana, and *Lloyd C. Hutchinson*, Assistant Attorney General, for respondents.